# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Bryant Nolan Ausmer, Debtor                     Case No. 20-51424
                                                           CHAPTER 13

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: September 15, 2025        Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Bryant Nolan Ausmer, Debtor                        Case No. 20-51424-KMS
                                                                            CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on September 23, 2020 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor wishes to extend the term of the bankruptcy to 60 months from the date the first plan payment was due after confirmation, following the decision in *In re Sproulls,* case no 15-00043-NPO, dkt #113 (SDMS February 19, 2020).
    a. In this case, the start of the 60-month statutory deadline was based on the due date of the first plan payment under the confirmed plan, not the filing date. Judge Olack ordered that the plan be extended to 60 months from this payment date.
3. Debtor's first plan payment after confirmation was due December 31, 2020. Debtor wishes to extend the term of this case to December 31, 2025.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on September 15, 2025, to:

By Electronic CM/ECF Notice:

  Chapter 13 case trustee

  U.S. Trustee

            <u>/s/ Thomas C. Rollins, Jr.</u>
            Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>  BRYANT NOLAN AUSMER | CASE NO: 20-51424<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/15/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/15/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>BRYANT NOLAN AUSMER | CASE NO: 20-51424<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 9/15/2025, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/15/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING      AMERICREDIT FINANCIAL SERVICES  INC DBA   NAVIGATOR CREDIT UNION
NCRS ADDRESS DOWNLOAD                 GM                                        CO BYRD  WISER
CASE 20-51424                         PO BOX 183853                             PO DRAWER 1939
SOUTHERN DISTRICT OF MISSISSIPPI      ARLINGTON  TX 76096-3853                  BILOXI  MS 39533-1939
MON SEP 15 12-22-36 PST 2025


                                                                                EXCLUDE
SPEEDYRAPID CASH                      VERIZON BY AMERICAN INFOSOURCE AS AGENT   US BANKRUPTCY COURT
PO BOX 780408                         4515 N SANTA FE AVE                       DAN M RUSSELL  JR US COURTHOUSE
WICHITA  KS 67278-0408                OKLAHOMA CITY  OK 73118-7901              2012 15TH STREET  SUITE 244
                                                                                GULFPORT  MS 39501-2036



1ST HERITAGE CREDIT                   ATT                                       ATT CORP
PO BOX 1264                           PO BOX 5087                               ATT SERVICES INC
COLUMBIA  MS 39429-1264               CAROL STREAM  IL 60197-5087               KAREN A CAVAGNARO  PARALEGAL
                                                                                ONE ATT WAY  SUITE 3A104
                                                                                BEDMINSTER  NJ 07921-2693



ATT MOBILITY II LLC                   ATT UVERSE                                (P)AMERICREDIT FINANCIAL SERVICS DBA G
ATT SERVICES INC                      PO BOX 5014                               FINANCIAL
KAREN A CAVAGNARO  PARALEGAL          CAROL STREAM  IL 60197-5014               PO BOX 183853
ONE ATT WAY  SUITE 3A104                                                        ARLINGTON TX 76096-3853
BEDMINSTER  NJ 07921-2693



CREDIT ACCEPTANCE CORPORATION         CAPITAL ONE                               CAPITAL ONE BANK (USA)  NA
25505 W 12 MILE RD SUITE 3000         PO BOX 30281                              BY AMERICAN INFOSOURCE AS AGENT
SOUTHFIELD  MI 48034-8331             SALT LAKE CITY  UT 84130-0281             4515 N SANTA FE AVE
                                                                                OKLAHOMA CITY  OK 73118-7901



CASHNETUSA                            CREDIT ACCEPTANCE                         DEPARTMENT OF THE TREASURY
175 W JACKSON BLVD                    PO BOX 5070                               INTERNAL REVENUE SERVICE
SUITE 1000                            SOUTHFIELD  MI 48086-5070                 P O BOX 7346
CHICAGO  IL 60604-2863                                                          PHILADELPHIA  PA 19101-7346



ESTELLAR TOPS                         FIRST CONSUMER FINANCI                    FIRST HERITAGE CREDIT OF MISSISSIPPI
394 HUNTER AVE                        PO BOX 879                                LLC D
PASS CHRISTIAN  MS 39571-3814         MONTICELLO  MS 39654-0879                 1ST HERITAGE CREDIT
                                                                                FIRST HERITAGE CREDIT
                                                                                12373 HWY 49 STE 2
                                                                                GULFPORT  MS 39503-2980



GLELSI                                GM FINANCIAL                              GULFCO OF MISSISSIPPI  LLC
PO BOX 7860                           PO BOX 181145                             PO BOX 320001
MADISON  WI 53707-7860                ARLINGTON  TX 76096-1145                  FLOWOOD  MS 39232-0001



INTERNAL REVENUE SERVI                LETICIA AUSMER                            MSDHS
CO US ATTORNEY                        219 STATION DR                            ATTN CONSTANCE MORROW
501 EAST COURT ST                     OCEAN SPRINGS  MS 39564-5662              PO BOX 352
STE 4430                                                                        JACKSON  MS 39205-0352
JACKSON  MS 39201-5025
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MARINE1 ACPT<br>5000 QUORUM DRIVE<br>DALLAS TX 75254-7063 | (P)NAVIGATOR CREDIT UNION<br>ATTENTION CONSTANCE OGO<br>P O BOX 1647<br>PASCAGOULA MS 39568-1647 | RISE CREDIT<br>4150 INTERNATIONAL PLA<br>FORT WORTH TX 76109-4892 |
| RISE CREDIT<br>PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 | ROBERT A BYRD ESQ<br>FOR NAVIGATOR CREDIT UNION<br>PO BOX 1939<br>BILOXI MS 39533-1939 | SINGING RIVER HEALTH SYSTEM<br>CO MICHAEL J MCELHANEY JR<br>P O BOX 1618<br>PASCAGOULA MS 39568-1618 |
| SOUTHERN FINANCIAL<br>PO BOX 15203<br>HATTIESBURG MS 39404-5203 | SPEEDY CASH<br>222 MERCHANDISE MART<br>CHICAGO IL 60654-1103 | SPEEDYRAPID CASH<br>PO BOX 782260<br>WICHITA KS 67278-2260 |
| (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ |
| ~~EXCLUDE~~<br>~~(D)VERIZON~~<br>~~BY AMERICAN INFOSOURCE AS AGENT~~<br>~~4515 N SANTA FE AVE~~<br>~~OKLAHOMA CITY OK 73118-7901~~ | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON IL 61702-3397 | WORLD FINANCE<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 |
| WORLD FINANCE<br>WORLD ACCEPTANCE CORPORATION<br>ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 | DEBTOR<br>BRYANT NOLAN AUSMER<br>25459 SAINT STEPHENS RD<br>PASS CHRISTIAN MS 39571-8913 | LETICIA AUSMER<br>1248 MONTICELLO BLVD<br>OCEAN SPRINGS MS 39564-3408 |
| ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | ~~EXCLUDE~~<br>~~(P)WARREN A CUNTZ T1 JR~~<br>~~PO BOX 3749~~<br>~~GULFPORT MS 39505-3749~~ | |