# Proceeding Minutes / Proceeding Memo

**Case #:** 20-51424  **Case Name:** Bryant Nolan Ausmer

**Set:** 10/16/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter**  Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 9/8/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 09/29/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.  (Dkt. #64)

Response filed by the Debtor (Dkt. #65)

---

   Minute Entry Re: (related document(s): [64] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 10/30/2025. Email received from Cuntz's office. (mcc)