_____



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 14, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:                                                            CHAPTER 13
BRYANT NOLAN AUSMER                                CASE NO. 20-51424-KMS

**ORDER RELEASING EARNINGS OF DEBTOR**
**BRYANT NOLAN AUSMER (SSN # XXX-XX-6296)**

THE ORDER **(Dkt. 60)** heretofore entered in these proceedings by which the debtor's employer:

> HUNTINGTON INGALLS
> ATTN: PAYROLL DEPT.
> P O BOX 149
> PASCAGOULA, MS 39568-0149

was directed to pay Debtor's wages or a portion thereof to:

> WARREN A. CUNTZ, JR. TRUSTEE
> P.O. BOX 3749
> GULFPORT MS 39505-3749
> (228) 831-9531 / (228) 831-9902

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##