**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Bryant Nolan Ausmer, Debtor                        Case No. 20-51424
                                                             Chapter 13

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

  G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

  H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Bryant Nolan Ausmer_____11-18-2025\_\_
       Bryant Nolan Ausmer                                         Date


      /s/ Thomas C. Rollins, Jr._____11-18-2025\_\_\_
      Thomas C. Rollins, Jr., MS Bar No. 103469                        Date
      Attorney for the Debtor
      The Rollins Law Firm, PLLC
      P.O. Box 13767
      Jackson, MS 39236
      601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

     On November 19, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                          /s/ Thomas C. Rollins, Jr._____
                                                          Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>　BRYANT NOLAN AUSMER | CASE NO: 20-51424<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/19/2025, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/19/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>BRYANT NOLAN AUSMER | CASE NO: 20-51424<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 11/19/2025, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/19/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-51424<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED NOV 19 9-15-11 PST 2025 | AMERICREDIT FINANCIAL SERVICES  INC DBA GM<br>PO BOX 183853<br>ARLINGTON  TX 76096-3853 | FIRST HERITAGE CO HEIGHTS FINANCE HOLDING C<br>PO BOX 1947<br>GREENVILLE  SC 29602-1947 |
| NAVIGATOR CREDIT UNION<br>CO BYRD  WISER<br>PO DRAWER 1939<br>BILOXI  MS 39533-1939 | SPEEDYRAPID CASH<br>PO BOX 780408<br>WICHITA  KS 67278-0408 | VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 |
| EXCLUDE<br><br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501 2036~~ | 1ST HERITAGE CREDIT<br>PO BOX 1264<br>COLUMBIA  MS 39429-1264 | ATT<br>PO BOX 5087<br>CAROL STREAM  IL 60197-5087 |
| ATT CORP<br>ATT SERVICES INC<br>KAREN A CAVAGNARO  PARALEGAL<br>ONE ATT WAY  SUITE 3A104<br>BEDMINSTER  NJ 07921-2693 | ATT MOBILITY II LLC<br>ATT SERVICES INC<br>KAREN A CAVAGNARO  PARALEGAL<br>ONE ATT WAY  SUITE 3A104<br>BEDMINSTER  NJ 07921-2693 | ATT UVERSE<br>PO BOX 5014<br>CAROL STREAM  IL 60197-5014 |
| (P)AMERICREDIT FINANCIAL SERVICS DBA GM<br>FINANCIAL<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | CREDIT ACCEPTANCE CORPORATION<br>25505 W 12 MILE RD SUITE 3000<br>SOUTHFIELD   MI 48034-8331 | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY  UT 84130-0281 |
| CAPITAL ONE BANK (USA)  NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | CASHNETUSA<br>175 W JACKSON BLVD<br>SUITE 1000<br>CHICAGO  IL 60604-2863 | CREDIT ACCEPTANCE<br>PO BOX 5070<br>SOUTHFIELD  MI 48086-5070 |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA  PA 19101-7346 | ESTELLAR TOPS<br>394 HUNTER AVE<br>PASS CHRISTIAN  MS 39571-3814 | FIRST CONSUMER FINANCI<br>PO BOX 879<br>MONTICELLO  MS 39654-0879 |
| FIRST HERITAGE CREDIT<br>DBA HEIGHTS FINANCE CORP<br>P O BOX 1947<br>GREENVILLE  SC 29602-1947 | GLELSI<br>PO BOX 7860<br>MADISON  WI 53707-7860 | GM FINANCIAL<br>PO BOX 181145<br>ARLINGTON  TX 76096-1145 |
| GULFCO OF MISSISSIPPI  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | LETICIA AUSMER<br>219 STATION DR<br>OCEAN SPRINGS  MS 39564-5662 |

| | | |
|---|---|---|
| MSDHS<br>ATTN CONSTANCE MORROW<br>PO BOX 352<br>JACKSON   MS 39205-0352 | MARINE1 ACPT<br>5000 QUORUM DRIVE<br>DALLAS   TX 75254-7063 | (P)NAVIGATOR CREDIT UNION<br>ATTENTION CONSTANCE OGO<br>P O BOX 1647<br>PASCAGOULA MS 39568-1647 |
| RISE CREDIT<br>4150 INTERNATIONAL PLA<br>FORT WORTH   TX 76109-4892 | RISE CREDIT<br>PERITUS PORTFOLIO SERVICES II   LLC<br>PO BOX 141419<br>IRVING   TX   75014-1419 | ROBERT A BYRD   ESQ<br>FOR NAVIGATOR CREDIT UNION<br>PO BOX 1939<br>BILOXI   MS 39533-1939 |
| SINGING RIVER HEALTH SYSTEM<br>CO MICHAEL J MCELHANEY   JR<br>P O BOX 1618<br>PASCAGOULA  MS   39568-1618 | SOUTHERN FINANCIAL<br>PO BOX 15203<br>HATTIESBURG   MS 39404-5203 | SPEEDY CASH<br>222 MERCHANDISE MART<br>CHICAGO   IL 60654-1103 |
| SPEEDYRAPID CASH<br>PO BOX 782260<br>WICHITA   KS 67278-2260 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON   DC 20530-0001 |
| EXCLUDE<br><br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON   MS 39201-5022 | EXCLUDE<br><br>(D)VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY   OK 73118-7901 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON   IL 61702-3397<br><br><br>DEBTOR |
| WORLD FINANCE<br>PO BOX 6429<br>GREENVILLE   SC 29606-6429 | WORLD FINANCE<br>WORLD ACCEPTANCE CORPORATION<br>ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE   SC 29606-6429 | BRYANT NOLAN AUSMER<br>25459 SAINT STEPHENS RD<br>PASS CHRISTIAN   MS 39571-8913 |
| LETICIA AUSMER<br>1248 MONTICELLO BLVD<br>OCEAN SPRINGS   MS 39564-3408 | EXCLUDE<br><br>THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM   PLLC<br>PO BOX 13767<br>JACKSON   MS 39236-3767 | EXCLUDE<br><br>(P)WARREN A   CUNTZ   T1 JR<br>PO BOX 3749<br>GULFPORT MS 39505-3749 |