United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 20-51424-KMS
Bryant Nolan Ausmer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Dec 19, 2025      Form ID: 3180W      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bryant Nolan Ausmer, 25459 Saint Stephens Rd, Pass Christian, MS 39571-8913 |
| codb | + | Leticia Ausmer, 1248 Monticello Blvd., Ocean Springs, MS 39564-3408 |
| 4934609 | + | Estellar Tops, 394 Hunter Ave, Pass Christian, MS 39571-3814 |
| 4934610 | + | First Consumer Financi, PO Box 879, Monticello, MS 39654-0879 |
| 4934620 | + | Southern Financial, Po Box 15203, Hattiesburg, MS 39404-5203 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Dec 20 2025 00:27:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: bankruptcy@curo.com | Dec 19 2025 19:29:00 | First Heritage C/O Heights Finance Holding CO., P.O. BOX 1947, GREENVILLE, SC 29602, UNITED STATES 29602-1947 |
| cr | + | Email/Text: wrs@byrdwiser.com | Dec 19 2025 19:29:00 | Navigator Credit Union, c/o Byrd & Wiser, PO Drawer 1939, Biloxi, MS 39533-1939 |
| cr | + | Email/Text: bkinfo@ccfi.com | Dec 19 2025 19:29:00 | Speedy/Rapid Cash, PO Box 780408, Wichita, KS 67278-0408 |
| 4934603 | + | Email/Text: bankruptcy@curo.com | Dec 19 2025 19:29:00 | 1st Heritage Credit, PO Box 1264, Columbia, MS 39429-1264 |
| 4938333 | | EDI: PHINAMERI.COM | Dec 20 2025 00:27:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 4934604 | | EDI: ATTWIREBK.COM | Dec 20 2025 00:27:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 4953050 | + | EDI: ATTWIREBK.COM | Dec 20 2025 00:27:00 | AT&T CORP, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 4952998 | + | EDI: ATTWIREBK.COM | Dec 20 2025 00:27:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 4934605 | + | EDI: ATTWIREBK.COM | Dec 20 2025 00:27:00 | AT&T UVerse, PO Box 5014, Carol Stream, IL 60197-5014 |
| 4937288 | + | Email/Text: ebnnotifications@creditacceptance.com | | |

| | | | |
|---|---|---|---|
| District/off: 0538-6 | | User: mssbad | Page 2 of 3 |
| Date Rcvd: Dec 19, 2025 | | Form ID: 3180W | Total Noticed: 41 |

| | | | |
|---|---|---|---|
| | | Dec 19 2025 19:29:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD SUITE 3000, SOUTHFIELD , MI 48034-8331 |
| 4934606 | + EDI: CAPITALONE.COM | Dec 20 2025 00:27:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 4948043 | + EDI: AIS.COM | Dec 20 2025 00:27:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4934607 | + Email/Text: opsqa_usbankruptcy@cashnetusa.com | Dec 19 2025 19:29:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 4934608 | + Email/Text: ebnnotifications@creditacceptance.com | Dec 19 2025 19:29:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 4934613 | EDI: IRS.COM | Dec 20 2025 00:27:00 | Department of the Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 4936083 | + Email/Text: bankruptcy@curo.com | Dec 19 2025 19:29:00 | First Heritage Credit, DBA Heights Finance Corp., P. O. Box 1947, Greenville, SC 29602-1947 |
| 4934611 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 19 2025 19:29:00 | GLELSI, P.O. Box 7860, Madison, WI 53707-7860 |
| 4934612 | + EDI: PHINAMERI.COM | Dec 20 2025 00:27:00 | GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 4951682 | + Email/Text: bankruptcy@towerloan.com | Dec 19 2025 19:29:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4934614 | + Email/Text: ebone.woods@usdoj.gov | Dec 19 2025 19:29:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4934617 | + Email/Text: constance.morrow@mdhs.ms.gov | Dec 19 2025 19:29:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 4934616 | + Email/Text: bankruptcy@marineone.com | Dec 19 2025 19:29:00 | Marine1 Acpt, 5000 Quorum Drive, Dallas, TX 75254-7063 |
| 4934618 | Email/Text: bankruptcy@navigatorcu.org | Dec 19 2025 19:29:00 | Navigator Credit Union, Pob 1647, Pascagoula, MS 39567 |
| 4950642 | Email/Text: peritus@ebn.phinsolutions.com | Dec 19 2025 19:29:00 | RISE Credit, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 4934619 | + EDI: PHINELEVATE | Dec 20 2025 00:27:00 | RISE Credit, 4150 International Pla, Fort Worth, TX 76109-4892 |
| 4940191 | + Email/Text: wrs@byrdwiser.com | Dec 19 2025 19:29:00 | Robert A. Byrd, Esq., for Navigator Credit Union, PO Box 1939, Biloxi, MS 39533-1939 |
| 4978863 | ^ MEBN | Dec 19 2025 19:26:11 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 4934621 | + Email/Text: bkinfo@ccfi.com | Dec 19 2025 19:29:00 | Speedy Cash, 222 Merchandise Mart, Chicago, IL 60654-1103 |
| 4940316 | + Email/Text: bkinfo@ccfi.com | Dec 19 2025 19:29:00 | Speedy/Rapid Cash, PO Box 782260, Wichita, KS 67278-2260 |
| 4934622 | Email/Text: bankruptcy@towerloan.com | Dec 19 2025 19:29:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 4934623 | ^ MEBN | Dec 19 2025 19:26:00 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4953966 | + EDI: AIS.COM | Dec 20 2025 00:27:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4934624 | + EDI: VERIZONCOMB.COM | Dec 20 2025 00:27:00 | Verizon Wireless, PO Box 3397, Bloomington, IL 61702-3397 |

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2025 | Form ID: 3180W | Total Noticed: 41 |

| 4939540 | + Email/Text: bk@worldacceptance.com | | |
|---|---|---|---|
| | | Dec 19 2025 19:29:24 | World Finance, World Acceptance Corporation, Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 4934625 | + Email/Text: bk@worldacceptance.com | | |
| | | Dec 19 2025 19:29:30 | World Finance, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4940911 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 4934615 | ##+ | Leticia Ausmer, 219 Station Dr, Ocean Springs, MS 39564-5662 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Dec 21, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory J Walsh | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial greg@sundmakerfirm.com |
| Robert Alan Byrd | on behalf of Creditor Navigator Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Bryant Nolan Ausmer trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Bryant Nolan Ausmer** | Social Security number or ITIN   xxx−xx−6296 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **20−51424−KMS** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Bryant Nolan Ausmer**
aka Bryant Ausmer

Dated: 12/19/25

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**